MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    MARCO CARRILLO-ESQUIVEL

THE HONORABLE JOHN W. SEDWICK    CASE NO.  A05-0112 CR (JWS)

Deputy Clerk    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

In light of the filing of Defendant Carrillo-Esquivel's Consent to Transfer of Case for Plea and Sentencing (under Rule 20) an entry of plea hearing is scheduled to commence **Friday, December 16, 2005,** at **8:30 a.m.,** before the Honorable John W. Sedwick.

✓ 12/12/05 t/c notice: USA, FPD, USPO

DATE:  December 12, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

A05-0112--CR (JWS)    12-12-05

✓ K. MCCOY (FPD)
✓ UNITED STATES ATTORNEY (USA)    ✓ US PROBATION
✓ US MARSHAL